Michael D. Koomer (Bar No. 43476)
Alan H. Finkel (Bar No. 93763)
ZIMMERMAN, KOOMER, CONNOLLY & FINKEL, LLP
1900 Avenue of the Stars, Suite 2375
Los Angeles, California 90067
Telephone: (310) 229-1700
Facsimile: (310) 277-0035

Attorneys for Plaintiff
WOODRIDGE LABS, INC.

Matthew P. Vafidis (Bar No. 103578)
Chung-Han Lee (Bar No. 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Defendant
BLOCH LUMBER COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WOODRIDGE LABS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BLOCH LUMBER COMPANY, and DOES 1 through 100, inclusive<br><br>　　　　　　　Defendants. | No. CIV. S-04-1972 MCE DAD<br><br>STIPULATION OF DISMISSAL OF ACTION |

　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) and the parties Confidential Global Settlement Agreement and Release.

Dated: April 14, 2005            //s//
                                 MICHAEL D. KOOMER
                                 Attorney for Plaintiff
                                 WOODRIDGE LABS, INC.


Dated: April 22, 2005            //s//
                                 CHUNG-HAN LEE
                                 Attorney for Defendant
                                 BLOCH LUMBER COMPANY


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: April 25, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

– 2 –